IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

JILL NATION,

          **Plaintiff,**

v.                                              Case No.: 3:22 cv 5063 - MDH

THOMAS E. MOORE, DDS, and
ROCK DENTAL MISSOURI, LLC,

          **Defendants.**

## ORDER ON DESIGNATIONS FROM THE DEPOSITIONS OF JAKE SLIGH AND JESSICA DEAVER

### JESSICA DEAVER'S DEPOSITION

37:3-38:8 is **OVERRULED**.

52:7-9, 52:22-53:9, 55:12-19, 55:23-56:7, 57:8-16, and 66:10-67:13 are **OVERRULED**.

66:2-4 is **SUSTAINED** as question not answered.

54:1-2, 9 is **SUSTAINED** as this testimony is an incomplete hypothetical that omits relevant and material contextual facts.

### JAKE SLIGH'S DEPOSITION

70:4-6, 70:11-15, 71:11-14, 16 are **SUSTAINED**. These issues are outside the agreed upon topics for Mr. Sligh even under the most liberal readings of plaintiff's corporate representative depositions testimony topics 4-8. As such, the cited testimony was not given on behalf of Defendant RDM.

73:11-74:7, 79:23-80:10 are **SUSTAINED**. The cited testimony was not given on behalf of Defendant Rock Dental Missouri, LLC. Additionally, any evidence of a refund or a refund being offered to the plaintiff is not legally relevant pursuant to FRE 403.

In addition to the Court's rulings on the above, the Court reminds the parties that these rulings do not preclude the parties from objecting at trial or otherwise presenting a matter to the Court, as long as done in accordance with proper procedure.

**IT IS SO ORDERED**.
DATED: August 14, 2024

                                              */s/ Douglass Harpool*
                                              **DOUGLAS HARPOOL**
                                              **UNITED STATES DISTRICT JUDGE**