IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JILL NATION,<br><br>                          **Plaintiff,**<br><br>v.<br><br>THOMAS E. MOORE, DDS, and<br>ROCK DENTAL MISSOURI, LLC,<br><br>                          **Defendants.** | Case No.: 3:22 cv 5063 - MDH |

## ORDER

Before the Court are Plaintiff Jill Nation's ("Plaintiff") Second Motion in Limine (Doc. 183), and Plaintiff's Motion to Strike Defendant's "Animation Story Boards" (Doc. 191).

PLAINTIFF'S SECOND MOTION IN LIMINE

The Court **GRANTS** this motion with exception that if Plaintiff introduces Rock Dental's webpages (Ex. 98) on attempt to hold Rock Dental liable based on inaction of its review committee then Dr. Dake may testify regarding the context and explanation of the webpages about operation of the committee. The Doctor Executive Committee will not be ruled as a peer review committee.

PLAINTIFF'S MOTION TO STRIKE DEFENDANTS "ANIMATION STORY BOARDS"

The Court **DEFERS RULING** on this motion. However, Defendants will be unable to use the animation story boards during their opening and will be unable to use it during the cross-examination of witnesses without further order of the Court.

In addition to the Court's rulings on the above, the Court reminds the parties that these rulings do not preclude the parties from objecting at trial or otherwise presenting a matter to the Court, as long as it is done in accordance with proper procedure.

**IT IS SO ORDERED**.
DATED: August 15, 2024

                                              */s/ Douglas Harpool*
                                              **DOUGLAS HARPOOL**
                                              **UNITED STATES DISTRICT JUDGE**