IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| JILL NATION,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS E. MOORE, DDS, et. al.,<br><br>    Defendants. | Case No.: 3:22-cv-05063-MDH |

## ORDER

  Before the Court is Plaintiff Jill Nation's ("Plaintiff") motion for order to mediate. (Doc. 215). The parties are hereby ordered to attend a mediation of this case for Tuesday, September 24, 2024 at 1:00 p.m. at the offices of Plaintiff's counsel, Scharnhorst Ast Kennard Griffin, PC.

  The motion for order to mediate is **GRANTED**. It is hereby ORDERED that the parties, their counsel, and persons with authority to settle the case be present and participate in the mediation in good faith.

**IT IS SO ORDERED**.
DATED: September 3, 2024

                */s/ Douglas Harpool*
                **DOUGLAS HARPOOL**
                **UNITED STATES DISTRICT JUDGE**