IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**JILL NATION,**

                        **Plaintiff,**

    v.                                              Case No.: 3:22-cv-5063-MDH

**THOMAS E. MOORE, DDS, and
ROCK DENTAL MISSOURI, LLC**,

                        **Defendants.**

## ORDER

Due to the untimely passing of Plaintiff's expert John Truitt Jr. DDS the parties have agreed to waive hearsay and foundational issues regarding his report and deposition at trial. The parties have not waived other objections. The Court rulings on these other objections are as follows:

DR. TRUITT'S EXPERT REPORT

1)     Reports will be read before deposition.

2)     **SUSTAINING** objection to portion of Paragraph 8

3)     **SUSTAINING** objection to portion of Paragraph 13

4)     **SUSTAINING** objection to Paragraph 17 "intended to produce and"

5)     **SUSTAINING** objection to portion of page 28

6)     **SUSTAINING** objection to Paragraphs 40 and 41

DR. TRUITT'S SUPPLEMENTAL REPORT

7)     **SUSTAINING** objection to Paragraph 59

8)     **SUSTAINING** objection to Paragraph 69

9)     **OVERRULING** objection to Paragraphs 70, 71, and 72

DR. TRUITT'S DEPOSITION

| | |
|---|---|
| Page 7, Lines 6-11 | **OVERRULED** |
| Page 21, Lines 9-11 | **SUSTAINED** |
| Lines 16-17 | **SUSTAINED** |
| Page 185, Lines 5-19 | **OVERRULED** |
| Page 186, Lines 3-6 | **SUSTAINED** |
| Lines 8-11 | **OVERRULED** |
| Lines 17-25 | **OVERRULED** |
| Page 187, Lines 1-25 | **OVERRULED** |
| Page 188, Line 1 | **OVERRULED** |
| Page 218, Lines 16-25 | **OVERRULED** |
| Page 219, Lines 1-11 | **OVERRULED** |
| Lines 16-25 | **OVERRULED** |
| Page 220, Lines 1-6 | **OVERRULED** |
| Page 226, Lines 4-6 | **SUSTAINED** |

**IT IS SO ORDERED**.
DATED: October 22, 2024

    */s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**