IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **JILL NATION,** | |
| **Plaintiff,** | |
| v. | Case No.: 3:22-cv-05063-MDH |
| **THOMAS E. MOORE, DDS, and ROCK DENTAL MISSOURI, LLC,** | |
| **Defendants.** | |

## ORDER

Before the Court are Defendant Thomas E. Moore, Thomas E. Moore, DDS. P.C.'s (collectively "Defendant Moore") Motion for a Directed Verdict (Doc. 249), and Defendant Rock Dental Missouri, LLC's ("Rock Dental") Motion for a Directed Verdict (Doc. 248). For the reasons orally expressed in Court, Defendants' Motions for a Directed Verdict are **GRANTED IN PART** and **DENIED IN PART**.

DEFENDANT THOMAS E. MOORE

Defendant Moore's motion for a directed verdict on Count One for dental negligence is **OVERRULED**. Defendant Moore's request for a directed verdict on Count Three for conversion is **SUSTAINED**.

DEFENDANT ROCK DENTAL MISSOURI, LLC

Defendant Rock Dental's motion for a directed verdict on Count Two for dental negligence is **SUSTAINED** regarding any direct liability resulting from the alleged inaction of the Doctor Executive Committee. It is **OVERRULED** to the extent of any vicarious liability resulting from Dr. Moore as an employee of Rock Dental. Defendant Rock Dental's motion for a

directed verdict on Count Three for conversion is **SUSTAINED**.

**IT IS SO ORDERED**.
DATED: October 31, 2024

                                         */s/ Douglas Harpool*
                                         **DOUGLAS HARPOOL**
                                         **UNITED STATES DISTRICT JUDGE**