# VERDICT A

Note: Complete the following paragraph by filling in the blanks as required by your verdict. If you assess a percentage of fault to any of those listed below, write in a percentage not greater than 100%, otherwise, write in "zero" next to that name. If you assess a percentage of fault to any of those listed below, the total of such percentage must be 100%.

On the claim of plaintiff Jill Nation for personal injury, we, the undersigned jurors, assess percentages of fault as follows:

Defendants Thomas E. Moore, DDS/
Thomas E. Moore, DDS, PC           __0__ % (zero to 100%)

Defendants Thomas E. Moore, DDS/
Defendant Rock Dental Missouri, LLC   __0__ % (zero to 100%)

                          TOTAL    __0__ % (zero OR 100%)

Note: Complete the following if you assessed a percentage of fault to one or more defendants. Complete by writing in the amount of damages, if any, for each of the following itemized categories. If you do not find that plaintiff has damages in a particular category, write "none" in that category. The total damages must equal the total of the itemized damage amounts you have assessed.

We, the undersigned jurors, assess the damages of plaintiff Jill Nation as follows:

For past non-economic damages          $ __0__

For future medical damages             $ __0__

For future noneconomic damages         $ __0__

TOTAL DAMAGES                          $ __0__

31

Case 3:22-cv-05063-MDH   Document 261   Filed 11/04/24   Page 1 of 2

Note: All jurors must agree with the above verdict. Once you have reached a unanimous verdict the jury foreperson must sign below

_____
Foreperson