UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| JILL NATION, | ) |
| | ) |
| vs. | ) Case No. 22-5063-CV-SW-MDH |
| | ) |
| THOMAS E. MOORE, DDS and | ) |
| ROCK DENTAL MISSOURI, LLC, | ) |

  X    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  ___   Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

Verdict returned in favor of Defendants Thomas E. Moore, DDS/Thomas E. Moore, DDS. P.C. and Defendant Rock Dental Missouri, LLC.

**IT IS SO ORDERED**.


 November 4, 2024                          Paige Wymore-Wynn
Date                                       Clerk of Court


Entered on: November 4, 2024                s/Linda Howard
                                           (By) Deputy Clerk