UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| JILL NATION, | ) |
| | ) |
| vs. | ) Case No. 22-5063-CV-SW-MDH |
| | ) |
| THOMAS E. MOORE, DDS and | ) |
| ROCK DENTAL MISSOURI, LLC, | ) |

___   Jury Verdict.   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X    Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

It is **THEREFORE ORDERED** that costs be taxed against Plaintiff in the amount of $14,434.34 in favor of Defendants Thomas E. Moore, DDS, and Thomas E. Moore DDS, P.C.

It is **FURTHER ORDERED** that costs be taxed against Plaintiff in the amount of $10,682.52 in favor of Defendant Rock Dental Missouri, LLC.


 December 4, 2024                                    Paige Wymore-Wynn
Date                                                            Clerk of Court


Entered on: December 3, 2024                  s/Linda Howard_____
                                                                  (By) Deputy Clerk